**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 24-cv-22797-JB**

ARANTZA CASTRO,

Plaintiff,

v.

GIORGIO ARMANI CORPORATION,

Defendant.

_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal (the "Notice"), ECF No. [8], in which Plaintiff dismisses this action with prejudice. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 21st day of November, 2024.

_______________________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**